COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
|  | § | No. 08-12-00267-CV |
| IN RE;   RUBEN VASQUEZ, | § | AN ORIGINAL PROCEEDING IN |
| Relator, | § | MANDAMUS |
|  | § |  |
|  | § |  |

## **MEMORANDUM   OPINION**

Relator Ruben Vasquez has filed a petition for writ of mandamus, complaining that the trial court abused its discretion in abating the litigation and compelling arbitration.   A writ of mandamus will issue only if the trial court clearly abused its discretion and if the relator has no adequate remedy by appeal.   *In re Prudential Ins. Co. of America*, 148 S.W.3d 124, 135–36 (Tex. 2004)(orig. proceeding).   A mandamus petition must be accompanied by an appendix or record containing "a certified or sworn copy of any . . . document showing the matter complained of . . . ." TEX.R.APP.P. 52.3(k)(1)(A)(appendix); *see also* TEX.R.APP.P. 52.7(a)(1)(record).   The relator "must certify that . . . every factual statement in the petition is supported by competent evidence included in the appendix or record."   TEX.R.APP.P. 52.3(j).

Relator has provided certified copies of documents showing the matter complained of, however no certification under Rule 52.3(j) was provided.   The Clerk of this Court notified Relator by letter on August 28, 2012 that his mandamus petition was defective because it lacked the certification required by Rule 52.3(j) and requested the certification by September 7, 2012. No certification was provided by that date and no response from Relator has been received

regarding any attempt to correct the deficiency. Relator's petition for writ of mandamus is procedurally deficient. Accordingly, we deny the petition.

October 3, 2012

CHRISTOPHER ANTCLIFF, Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.